THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* LOUIS STEIN, Respondent.

(Argued October 18, 1928; decided October 23, 1928.)

*William F. Love, District Attorney* (*Charles S. Wilcox* and *William L. Clay* of counsel), for appellant.
*Henry W. Hill* and *Harry A. Sessions* for respondent.

 no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.